IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM KELLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-0599 |
| | § | |
| CHESAPEAKE OPERATING, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of today's date, the defendant is entitled to summary judgment. This court grants final judgment for the defendant. This suit is dismissed with prejudice.

This is a final judgment.

SIGNED on April 9, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge